[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12130
Non-Argument Calendar

_____

D.C. Docket No. 3:17-cr-00201-HES-JRK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARION WALKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 8, 2020)

Before WILSON, GRANT and LUCK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Rubbo*, 396 F.3d 1330, 1334 (11th Cir. 2005) ("Plea bargains . . . are like contracts and should be interpreted in accord with what the parties intended."); *Dohrmann v. United States*, 442 F.3d 1279, 1281 (11th Cir. 2006) (restitution statute has no prescribed statutory maximum).